**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Shanta Tomeka Gilbert
Attorney At Law
2352 Hwy 190 West
Deridder La 70634

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 12, 2023

**REHEARING ACTION: July 12, 2023**

**Docket Number: 23   00329-KW**

**STATE OF LOUISIANA**
**VERSUS**
**JAMES DEREK PERSON , II**

**Writ Application from Beauregard Parish Case No. CR2020-0860**

**BEFORE JUDGES:**

**Hon. Ledricka J. Thierry**
**Hon. Guy E. Bradberry**
**Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **James Derek Person, II** is:

> **REHEARING DENIED**.  *See* La.S.Ct.R. VII, § 9; La.S.Ct.R. IX, § 2; and La.S.Ct.R. X, § 5(d).

cc: Hon. James R. Lestage, Counsel for  the Respondent
    Jacob L. Johnson, Counsel for  the Respondent
    Charles H. Robinson, Counsel for  the Respondent